**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Tracey N Wise**

IN RE:                                                                                       CASE NUMBER 17-20680

    John Joseph Nelson

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 7/18/2017                                                                TIME: 11:00

APPEARANCES:

ISSUE:

  10    6/6/2017    Motion for Relief from Stay, filed by Branch Banking & Trust Company Fee Amount 181. Last day to file objections: <i>6/20/2017</I>. (Attachments: # 1 Continuation of Main Document exhibit a #

DISPOSITION:
    Cont

JUDGE'S NOTES:

    Aug.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
**Tracey N Wise**
**Bankruptcy Judge**
**Dated: Tuesday, July 18, 2017**
**(rah)**